AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Origina

FILED
CLERK, U.S. DISTRICT COURT
12/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ HC _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
12/22/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jb _____ DEPUTY

United States of America

v.

Darrah Jean Caprarelli,

Defendant

Case No.   2:21-mj-05727-duty

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on a date unknown and continuing to on or about March 28, 2021, in the counties of Los Angeles and Ventura in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Fentanyl |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/
_____
Complainant's signature

Merrilee Goodwin, FBI Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 22, 2021

_____
Judge's signature

City and state:   Los Angeles, California

Hon. Gail J. Standish, U.S. Magistrate Judge
_____
Printed name and title

AUSA: El-Amamy x0552

## **AFFIDAVIT**

I, Merrilee Goodwin, being duly sworn, declare and state as follows:

### I.   **INTRODUCTION**

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI").  I have been a Special Agent with the FBI since 1998.  I am currently assigned to a Domestic Terrorism Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology, and investigate threats associated with the nefarious use of chemical, biological, radiological, nuclear, and explosive materials.  In this capacity, I investigate federal crimes pertaining to terrorism and have gained experience in cyber-based matters including those involving dark web markets.  As a result, I am familiar with the methods used by criminals in furtherance of their criminal activities in both the virtual and physical worlds, and I have received both formal and informal training from the FBI and other institutions regarding cyber and computer crime investigations and review of digital devices.  As a Special Agent, I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management.  I have also received training regarding the methods of operations of individuals who distribute drugs.

## II. <u>PURPOSE OF AFFIDAVIT</u>

2.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, Darrah Jean CAPRARELLI ("CAPRARELLI") for a violation of Title 21, United States Code, Section 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Fentanyl (the "Subject Offense").

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, with typographical errors in the original, and all dates and times are approximate.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

4.    On January 8, 2021, the Honorable Pedro V. Castillo, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-00104 (C.D. Cal.), authorizing the search of facebook.com/profile.php?id=100049040117875, which is a Facebook account belonging to Ian Miller ("Miller"), to search for evidence, contraband, fruits, or instrumentalities of criminal violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances).

5.    On March 16, 2021, the Honorable Patricia Donahue, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-01299 (C.D. Cal.), authorizing the search of facebook.com/profile.php?id=809208011, which is a Facebook account belonging to CAPRARELLI, to search for evidence, contraband, fruits, or instrumentalities of criminal violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances); and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances).

6.    On April 7, 2021, the Honorable Alicia G. Rosenberg, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-01673 (C.D. Cal.), authorizing the search of facebook.com/profile.php?id=100000085788721, which is a Facebook account belonging to Kyle Cleveland ("Cleveland"), to search for evidence, contraband, fruits, or instrumentalities of criminal violations of 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Controlled Substances); and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances).

7.    On August 11, 2020, Miller possessed approximately 2,128.4 grams of methamphetamine, 200.21 grams of a mixture or substance containing a detectable amount of heroin, and 190.7 grams of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") in a vehicle that he was driving in Simi Valley, California.  Miller was charged with 21 U.S.C. § 841(a)(1),

(b)(1)(A)(viii), (b)(1)(B)(i), and (b)(1)(B)(vi): Possession with Intent to Distribute Methamphetamine, Heroin, and Fentanyl in <u>United States v. Miller</u>, CR No. 21-00071-PA and admitted this conduct during his change of plea hearing on June 1, 2021.

8.   On March 22, 2021, Cleveland possessed approximately 397.3 grams of methamphetamine, 247 grams of a mixture or substance containing a detectable amount of heroin, and 12 grams of a mixture or substance containing a detectable amount of fentanyl in a vehicle that he was driving in Canoga Park, California.  Cleveland is charged with 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Heroin, and Fentanyl; and 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(i) and (b)(1)(B)(viii): Possession with Intent to Distribute Methamphetamine and Heroin in <u>United States v. Cleveland, et al.</u>, CR No. 21-00349(A)-PA in connection with this conduct.

9.   Based on my review of CAPRARELLI, Miller and Cleveland's Facebook communications, I am aware that CAPRARELLI has used her Facebook account in order to obtain large quantities of methamphetamine, heroin, and fentanyl from drug sources of supply and to make arrangements to re-distribute those drugs to customers.  I am also aware that CAPRARELLI uses the word "black" and the letter "b" to refer to heroin, the words "clear," and "shit" as well as "clr" and the letter "c" to refer to methamphetamine, and "fent" and the letter "f" to refer to fentanyl in her Facebook communications.

10.   Based on my review of the contents of CAPRARELLI, Miller and Cleveland's Facebook accounts, I am aware of the following:

1.   <u>May 15, 2020 and May 16, 2020 Facebook Communications</u>

a.   Between May 15, 2020 and May 16, 2020, CAPRARELLI and Facebook user Z.R. engaged in the following Facebook message exchange:

CAPRARELLI:  Um on a business note, I have a good Plug for clr.  Lbs for 2100.  Not the best price.  But good quality.  And I can get 2 rn or 8 rn if I need to.

Z.R.:   Cool I want a hp

CAPRARELLI:  Okay.  I need $, I can't cover that right now.  But let me tell my guy

Z.R.:  I got the money

CAPRARELLI:  Well my dude is out here right now picking up so lemme get in touch with him.  I told him I'd need one probably but he's gettin a few and I can always pick it up from him in the valley worst case scenario.  Bare with me

Z.R.:  However whatever.  Just let me no

CAPRARELLI:  K so I guess the original deal didn't go through because it got picked up from someone else. But, I might be getting a lb right now, the problem is it's been sold since yesterday... On a side note, I'm working on getting more

Z.R.:  It's all good.  I kinda figured it wasn't going thru 21 is way too cheap.  Anyway hit me up if u find it

CAPRARELLI:  150 are touching down tomorrow and when they're picking up 10-20 of them they get them at a reasonable ticket.  I just so happened to get in touch with someone who will give me a good price break on it.  But tonight's ticket, If I get the lb was a lot higher.  So a half lb is 1400 because it's not mine.  Up to you if u wanna pay that

Z.R.:  No I think I'm good I need to buy a lil tho.  Like a couple oz

CAPRARELLI:  Okay wel that's basically at cost.  Oz 200 each.  Do you want them or no if not I'm gonna get rid of all of it

Z.R.:  Yea I'll take em.  When are u coming this way

CAPRARELLI:  I just saw ur text and I am about to get rid of the entire thing for 3gs...  I'm gonna go get more in a bit I'll hit u up when I have it

Z.R.:  Ok I just wanted to get afew oz but it's all good

CAPRARELLI:  Okay

Z.R.:  Nevermind I just got ahold of sean

CAPRARELLI:  Ok

Z.R.:  Ok let me no when u get more cus Sean doesn't have any shit

CAPRARELLI:  I can get some now if need be.  How much.
I need blk

Z.R.:  Get me 2 oz.  How much black do u need.  I'm
getting black now.  I'll get u black if u get me shit
sound like a plan

CAPRARELLI:  I can get a lb for 2600

Z.R.:  Well u should get it.  I had 100 but I picked
up an oz and I'm about to get afew prices if u can get
the shit.  Ya no.  I need 2 jars too.

Z.R.:  Where are u

CAPRARELLI:  I have them.

Z.R.:  I need them asap.  Like yesterday

    b.   Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, CAPRARELLI stated that she had identified a
source of supply of methamphetamine, or a "plug for clr" who was
able to supply pounds of methamphetamine at a price of $2,100
per pound and that CAPRARELLI could get two pounds or eight
pounds of methamphetamine from this individual right now.  I
believe that Z.R. informed CAPRARELLI that he would like a half
a pound, or "hp," of methamphetamine at that price.

    c.   I believe that, later in the communication,
CAPRARELLI stated that she was unable to complete the
transaction with this source of supply because "it got picked up
from someone else," meaning someone else purchased the
methamphetamine before she could.  I believe that CAPRARELLI
then stated that she presently had access to a half pound of

methamphetamine that she could sell to Z.R. for $1,400, and Z.R. stated that, at that price, he would purchase only "a couple" of ounces from CAPRARELLI at a price of $200 per ounce.  However, I believe that, shortly after Z.R. asked CAPRARELLI for two ounces of methamphetamine, CAPRARELLI stated that she was "about to get rid of" her "entire" current supply of methamphetamine "for 3gs," or $3,000.

d.   I believe that CAPRARELLI then told Z.R. that she could get another pound of methamphetamine for $2,600, and Z.R. again stated that he wanted to purchase ounce quantities from her.

e.   Finally, I believe that, when CAPRARELLI stated that she needed heroin, or "black," Z.R. told CAPRARELLI that he was getting heroin now and would be able to supply her with heroin at the same time that she supplied him with methamphetamine.

2.   July 21, 2020 Facebook Communication

a.   On July 21, 2020, CAPRARELLI and Facebook user Z.R. engaged in the following Facebook message exchange:

CAPRARELLI:  I have clr

Z.R.:   Lol u know how to get my attention.  I need some what's up.

CAPRARELLI:  How much

Z.R.:  Uhh I don't know like 8 oz

CAPRARELLI:  1600

Z.R.:  Way

CAPRARELLI:  Mi casa

Z.R.:  Fuck that

CAPRARELLI:  Wow

Z.R.:  Jk I'll call u when I'm there.  Might be a minute tho.  I'll try and hurry

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, CAPRARELLI informed Z.R. that she had methamphetamine, or "clr," to distribute.  I believe that, when Z.R. stated that he wanted eight ounces of methamphetamine, CAPRARELLI informed him that the price would be "1600," or $1,600 for the eight ounces.  Finally, I believe that CAPRARELLI directed Z.R. to come to her house, or "casa," in order to obtain the methamphetamine.

3.   July 23, 2020 Facebook Communication

a.   On July 23, 2020, CAPRARELLI and Miller engaged in the following Facebook message exchange:

CAPRARELLI:  R u by the door?

Miller:  I got someone here needs a half.

CAPRARELLI:  of clear?

Miller then placed a Facebook call to CAPRARELLI

Miller:  Actually on our way now

b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, Miller informed CAPRARELLI that a drug customer needed half a unit of methamphetamine, or "clear."  I believe that Miller communicated additional details of the drug transaction to CAPRARELLI via a Facebook call.

    4.   <u>July 31, 2020 Facebook Communication</u>

    a.   On July 31, 2020, CAPRARELLI and Miller engaged in the following Facebook message exchange:

    Miller:  Can I come now?

    CAPRARELLI:  I'm leaving any minute.  What am I bringing you

    Miller:  This way?

    CAPRARELLI:  So I can get everything ready.  Yes

    Miller:  The two lb and if you can bring what Dylan has for me?  I have enough funds to cover.

    CAPRARELLI:  I'm not trying to carry too much on me honestly

    Miller:  So ?

    CAPRARELLI:  Hey someone who I've been waiting for came over and I am in the middle of conversation.  Is there anyway u can come this way or just bare with me and I'm leaving soon.  Lol.  I'm gonna leave in like 5-10 promise

    Miller:  I can leave in ten minutes

    b.   Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, Miller asked to meet with CAPRARELLI in order to obtain drugs and stated that he currently had money to pay for the drugs.  I believe that, in response, CAPRARELLI informed Miller that she was preparing two pounds of drugs for Miller, but that she wanted Miller to meet her at her location as she

didn't want "to carry too much" in case she was stopped by law enforcement.

     5.    <u>August 12, 2020 Facebook Communication</u>

     a.    On August 12, 2020, CAPRARELLI and Facebook user Z.R. engaged in the following Facebook message exchange:

        Z.R.:   4 oz of shit.  2 pieces black.  3 bottles Xanax.  10 x 1000+550=1550=

        Z.R.:  Sorry it's the receipt.  Just in case

     b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, Z.R. generated a receipt itemizing the quantity of drugs that he recently obtained from CAPRARELLI. Specifically, I believe that Z.R. indicated that he recently obtained four ounces of methamphetamine, or "shit," two ounces of heroin, or "pieces of black," and three bottles of Xanax from CAPRARELLI and that he owed her $1,550 for those drugs.

     6.    <u>September 5, 2020 Facebook Communication</u>

     a.    On September 5, 2020, CAPRARELLI and Facebook user Z.R. engaged in the following Facebook message exchange:

        CAPRARELLI:  Okay im gonna calculate everything you owe me for.  How much clear did you borrow, and how much black?  2 or 3 pieces with the stuff from Haim...?  I am doing inventory and counting money and figuring out how much I owe Jose, how much I've made and how much product I have.  Lemme know when u get a chance.  We need to be WAY more organized when dealing with everything.  Yesterday and day before were total

disasters on our ends and super sloppy.  I'm not mad
at you.  we just need to be more on top of shit, this
is 1000's of $$ we're talking about.  Not hundreds you
know?

Z.R.:   I agree and thanks for reminding me about
sending u a receipt cus I ain't trying to fuck u over
for funds.  That's the last thing I want I'll give u
list with probably too many details but we have done a
lot with each other and I ended up getting way more
help than I'm even comfortable asking.  I'm kinda
yelling at the team as we speak.  I just wanna thank u
for all of it.  Regardless of what I ask u ur
defineatly the cornerstone for my whole world right
now.  I don't even know why u did it at this point.
And I don't care.  I'm just thankful and I appreciate
the fuck out of u.  I'm just glad after all the shit
that happend u are still there for me whenever I ask.
I can't even get these 2 fucks to book a fucking hotel
room and get the key.  I'll pay for the entire thing
and I literally once again had to call u to do it.
And it's done within about 12 minutes.  I'm not trying
to be a dick but I do alot for Libby and Brandon.  And
they don't help very much with anything.  It took them
4 days to bail me on a 5,000 dollar train ticket for
jumpin an 8 $ fair.  I appreciate everything and
nobody is obligated to do anything.  I don't mean to

sound ungrateful.  But fuck.  Come to find out u gave
her the money to do it. ......

Z.R.:  Anyway thanks again.  Once u finish that book
I'll send u the receipt.  It's probably longer ool

b.    Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, CAPRARELLI informed Z.R. that she was
conducting an inventory of the amount of drugs, or "product,"
that she currently had and that she was also counting her money
and determining how much she owed "Jose," who I believe is a
source of supply for drugs.  I believe CAPRARELLI told Z.R. that
they needed to be more organized with their drug transactions
because she and Z.R. were generating thousands of dollars in
drug proceeds.  I believe Z.R. attempted to reassure CAPRARELLI
that he would be fair and organized with his drug transactions
with her, but he did not want to send her a "list" with "too
many details" of their recent drug transactions.

7.    August 21, 2020 Facebook Communication

a.    On August 21, 2020, CAPRARELLI and Facebook user
B.Y. engaged in the following Facebook message exchange:

B.Y.:    2850 for clear

CAPRARELLI:  Now we're talking.  But I'm getting it
for 2800.

B.Y.:  Well buy 5 or better and I will do that

CAPRARELLI:  Okay

b.    Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook

message exchange, B.Y., an individual who was interested in supplying CAPRARELLI with methamphetamine, or "clear," informed her that he could supply methamphetamine at a price of $2,850 per pound. I believe that CAPRARELLI informed B.Y. that she could obtain methamphetamine from another individual at a price of $2,800 per pound. Finally, I believe that B.Y. agreed to sell CAPRARELLI methamphetamine at a price of $2,800 per pound if she purchased five or more pounds during the transaction.

        8. <u>December 14, 2020 Facebook Communication</u>

        a. On December 14, 2020, CAPRARELLI and Facebook user M.W. engaged in the following Facebook message exchange:

        M.W.: Hi. Hmu please .. Gotta hav somtin out today if possible... Been out for a few.. Been sending all week .. Hmu. Need 4 peices Blak n 3lbs Clear 1 peice fet.. 200 blues...

        CAPRARELLI: Ok. Don't msg shit on fb messenger plz

        b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, M.W., informed CAPRARELLI that he wanted to purchase four ounces of heroin, or "4 peices Blak," three pounds of methamphetamine, or "3lbs Clear," and one ounce of fentanyl, or "1 peice fet." I believe that CAPRARELLI agreed to supply the drugs but warned M.W. not to communicate details of drug transactions via Facebook messenger.

9.   January 5, 2021 and January 6, 2021 Facebook
     Communications

a.   Between January 5, 2021 and January 6, 2021,
CAPRARELLI and Facebook user M.W. engaged in the following
Facebook message exchange:

M.W.:   Hey..any word.  3-5 on the clear b nice..  And
4-6 of blak since i got the fet here toncut with.
Thanx luv.  [M.F.]  [xxxx] spring harbor blvd.  Del
Ray.  33445

CAPRARELLI:  You got the fent already?  can you send
the other 1000

M.W.:  No I did not get anything you did not give me
any info on where to pick up anything from

CAPRARELLI:  Okay.  I didn't know if u hit up Joe

M.W.:  I can send a thousand in the morning zele

CAPRARELLI:  Okay.  I'm gonna call joe now.  And see
what's up with the stuff

M.W.:  Should I have Joe in the morning okay

CAPRARELLI:  Huh?

M.W.:  Okay let me know then cuz I'm ready

CAPRARELLI:  Okay I will

M.W.:  I gotta get somtin... Im dead n the water..
Been out for a week..  Leme no wut i gotta do ..im
starvin... Phone wont stop

CAPRARELLI:  I got you today.  I promise

b.   Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook

message exchange, M.W. requested that CAPRARELLI supply him with three to five pounds of methamphetamine, or "clear," and four to six ounces of heroin, or "blak," and informed CAPRARELLI that he already had fentanyl, or "fet."  I believe that CAPRARELLI informed M.W. that he currently owed her $1,000 for drugs that she had previously supplied, and M.W. responded that he would send her the money via the digital payment network Zelle.  I believe that when M.W. stated that his "phone wont stop," he was communicating to CAPRARELLI that he had drug customers calling him in order to obtain drugs.

   10.  January 14, 2021 through January 18, 2021
        Facebook Communications

   a.  Between January 14, 2021 and January 18, 2021, CAPRARELLI and Facebook user M.W. engaged in the following Facebook message exchange:

     M.W.:  Hey I'm sorry I sent 75 00 because I
     cashappd 1500.  So that made 9k even I'm sorry I
     just wanted to be on point from pack the pack and
     leaving it even sorry sweetie I will have a chunk
     out for you tomorrow or the next day

     CAPRARELLI:  No the 1000 was gor the previous
     pack.  500 was towaRd the new pack.  Which was
     originally 9.  So that would have been 8500.
     That u owed.  We spoke about this the day before
     you sent it

     M.W.:  Unless im way off D..  I had sent 500....
     Just a few days ago like the night befor the

pack... And and a thousand a day or 2 befor that. Leme chek the date on that thousand.. Been pretty good about clearing 1 to the next.  Leme double chek tho...  We getbit cleard up..  No press..  Thank u for everything u do for me bro...ttyl

CAPRARELLI:  You owed me 1000 from The pack before because u sent me 7220 instead of 8300 that u owed I asked u why and u said bcuz u didn't have cash.  Or it was 8700... so the 1000 AND Then 500 which clleared that up.  When r u sending cash on the new packs.  Bal is 9k+5600(f)+5600(b)=20,200 + 1000 owed = 21,200.

M.W.:  I'm sorry I totally forgot about the one from before when I didn't have cash I truly am sorry Dy that was not intentionally at definitely forgot..  I'm definitely trying to go packs a pack as you can see so I will clear that up and I will have you money out tomorrow actually I'm a do a couple K in zelle this evening going into tonight I will let you know and I will take note of any transactions that happen.  Have a good day I will talk with you probably later on tonight by

CAPRARELLI:  Please.  I need $$$

M.W.:  Sent u 1500 just now...and 500 earlier... So 2k I will load up today electronically ... And also do a mail out for 5-7 k.. .. Goin for an

even 10k today ... Ttyl

b.   Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, CAPRARELLI told M.W. the amount of money that
he currently owed her for drugs and asked that he pay as soon as
possible.  I believe that when CAPRARELLI stated that M.W. owed
"9k+5600(f)+5600(b)=20,200 + 1000 owed = 21,200," she was
informing M.W. that he owed a total of $21,200 including $5,600
for fentanyl, or "f," and $5,600 for heroin, or "b."  I believe
that, at the end of the Facebook communication, M.W. informed
CAPRARELLI that he had just sent her $2,000 for drugs and
planned to send an additional $5,000 to $7,000 that day.

11.   <u>March 28, 2021 Facebook Communication</u>

a.   On March 28, 2021, CAPRARELLI and Cleveland
engaged in the following Facebook message exchange:

CAPRARELLI:  I need to get $ from you so I can get
more clear.  Actually call my phone

Cleveland:  Got something for that mouth.  Lol

CAPRARELLI:  No wait.  Text me.  Don't call

Cleveland:  No.  Should I get it all

CAPRARELLI:  Don't hit me up here

Cleveland:  I know

b.   Based on my training, experience, and knowledge
of the investigation, I believe that, during this Facebook
message exchange, CAPRARELLI informed Cleveland that she needed
money from him so that she could obtain more methamphetamine, or
"clear."  I believe she instructed Cleveland to send a text to

her telephone rather than call her in order to obtain more details about the drug transaction.

### IV. **CONCLUSION**

11.  For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __22__ day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE